RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Brian D. Ledahl, State Bar No. 186579
Email: bledahl@raklaw.com
Stanley H. Thompson, Jr., State Bar No. 198825
Email: sthompson@raklaw.com
Jacob R. Buczko, State Bar No. 269408
Email: jbuczko@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
Zeroclick, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEROCLICK, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 5:15-cv-04417<br><br>**CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)**<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel makes the following disclosures and certifications on behalf of Plaintiff Zeroclick, LLC, a Texas Limited Liability Company ("Zeroclick"):

(a) Zeroclick has no parent corporation; and

(b) There is no publicly held corporation owning more than 10% of the ownership interests of Zeroclick.

Respectfully submitted,

DATED: September 25, 2015

RUSS, AUGUST & KABAT
Marc A. Fenster
Brian D. Ledahl
Stanley H. Thompson, Jr.
Jacob R. Buczko

By: /s *Marc A. Fenster*
Marc A. Fenster

Attorneys for Plaintiff
Zeroclick, LLC

**CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)**