RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Brian D. Ledahl, State Bar No. 186579
Email: bledahl@raklaw.com
Stanley H. Thompson, Jr., State Bar No. 198825
Email: sthompson@raklaw.com
Jacob R. Buczko, State Bar No. 269408
Email: jbuczko@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone:  (310) 826-7474
Facsimile:   (310) 826-6991

Attorneys for Plaintiff
Zeroclick, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZEROCLICK, LLC, a Texas limited liability company,<br><br>          Plaintiff,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>          Defendant. | Case No. 5:15-cv-04417<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15(b))** |

Pursuant to Civil Local Rule 3-15(b), the undersigned counsel makes the following disclosures and certifications on behalf of Plaintiff Zeroclick, LLC ("Zeroclick"):

- Granicus IP, LLC
- The Spangenberg Family Foundation for the Benefit of Children's Healthcare and Education
- Erich Spangenberg
- Dr. Nes Irvine

| | |
|---|---|
| DATED:  September 25, 2015 | RUSS, AUGUST & KABAT<br>Marc A. Fenster<br>Brian D. Ledahl<br>Stanley H. Thompson, Jr.<br>Jacob R. Buczko |
| | By: /s *Marc A. Fenster*<br>       Marc A. Fenster |
| | Attorneys for Plaintiff<br>Zeroclick, LLC |