MARC A. FENSTER (CA SBN 181067)
mfenster@raklaw.com
BRIAN D. LEDAHL (CA SBN 186579)
bledahl@raklaw.com
STANLEY H. THOMPSON, JR. (CA SBN 198825)
sthompson@raklaw.com
JACOB R. BUCZKO (CA SBN 269408)
jbuczko@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310.826.7474
Facscimile: 310.826.6991

Attorneys for Plaintiff
ZEROCLICK, LLC

JAMES P. BENNETT (CA SBN 65179)
JBennett@mofo.com
RACHEL KREVANS (CA SBN 116421)
RKrevans@mofo.com
BARBARA BARATH (CA SBN 268146)
BBarath@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZEROCLICK, LLC, a Texas limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　　　Defendant. | Case No. 3:15-CV-04417-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CLAIM CONSTRUCTION BRIEFING**<br><br>Place:　Courtroom 9, 19th Floor<br>Judge:　Hon. Jon S. Tigar |

Plaintiff Zeroclick, LLC ("Zeroclick" or "Plaintiff") and Defendant Apple Inc. ("Apple" or "Defendant) (collectively, the "Parties") submit this Joint Stipulation to address the format of claim construction briefing for this action.

WHEREAS, the Parties previously submitted a Joint Claim Construction and Prehearing Statement relating to claim construction issues in this case;

WHEREAS, Apple has asserted invalidity of certain claims of the asserted patents based on indefiniteness and identified such issues for consideration in connection with claim construction; and

WHEREAS, the Parties have agreed to a briefing approach to address both terms for which the parties' propose constructions and terms for which Apple asserts claims of indefiniteness;

NOW THEREFORE, THE PARTIES, by and through their respective counsel of record hereby stipulate as follows:

1. Zeroclick will file an opening brief of up to 15 pages regarding terms for which constructions are proposed, including the term "click event" ("Construction Terms").

2. Apple will file an opening brief of up to 15 pages regarding terms that Apple contends render claims invalid for indefiniteness ("Indefiniteness Terms").

3. Zeroclick will file a responsive brief of up to 15 pages regarding Indefiniteness Terms.

4. Apple will file a responsive brief of up to 15 pages regarding Construction Terms.

5. Zeroclick will file a reply brief of up to 10 pages regarding Construction Terms.

6. Apple will file a reply brief of up to 10 pages regarding Indefiniteness Terms.

7. All of these briefs will be filed pursuant to the previously-established schedule for the filing of opening, response and reply briefs.

1  SO STIPULATED

2  Dated: June 13, 2016                    RUSS, AUGUST & KABAT

3

4                                           /s/ *Brian D. Ledahl*
                                            Brian D. Ledahl

5
                                          *Attorneys for Plaintiff*
6                                         *Zeroclick, LLC*

7

8  Dated: June 13, 2016                    MORRISON & FOERSTER LLP

9                                           /s/ *Barbara Barath*
                                            Barbara Barath
10

11                                        *Attorneys for Defendant*
                                          *APPLE INC.*
12

13

14

15 SO ORDERED.

16
      DATED: June 13, 2016                By: _____
17                                              IT IS SO ORDERED
                                                Judge Jon S. Tigar
18                                              UNITED STATES DISTRICT COURT
                                                NORTHERN DISTRICT OF CALIFORNIA
19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE:
CLAIM CONSTRUCTION BRIEFING
Case No. 3:15-CV-04417-JST                    2

## ATTESTATION TO SIGNATURE AUTHORIZATION

Pursuant to Local Rule 5-1(i)(3), I attest and confirm that all signatories of the above Joint Stipulation concur in the filing of this document.

Dated: June 13, 2016          By  /s Brian D. Ledahl
                                  Brian D. Ledahl