RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Brian D. Ledahl, State Bar No. 186579
Email: bledahl@raklaw.com
Stanley H. Thompson, Jr., State Bar No. 198825
Email: sthompson@raklaw.com
Jacob R. Buczko, State Bar No. 269408
Email: jbuczko@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone:   (310) 826-7474
Facsimile:    (310) 826-6991

Attorneys for Plaintiff
Zeroclick, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ZEROCLICK, LLC, a Texas limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | Case No. 3:15-cv-04417-JST <br><br> [~~PROPOSED~~] ORDER FOR BRINGING EQUIPMENT INTO COURTHOUSE <br><br> Place:   Courtroom 9, 19th Floor <br> Judge:   Hon. Jon S. Tigar |

In connection with upcoming hearings before the Court on July 26, 2016, and August 15, 2016, the parties' counsel are hereby authorized to bring the following equipment into this Court at its San Francisco location:

1. Projector
2. Projection screen
3. Cart or stand for equipment
4. Cables and other connecting hardware
5. ELMO projector.

SO ORDERED.

Dated:  July 25, 2016

By: _____
Hon. Jon S. Tigar
United States District Judge