UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZEROCLICK, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No.   15-cv-04417-JST<br><br>~~[PROPOSED]~~<br>**FINAL JUDGMENT**<br><br>Hon. Jon S. Tigar |

### ~~[PROPOSED]~~ FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and the Court's Claim Construction Order holding claims 2 and 52 of U.S. Patent No. 7,818,691 and claim 19 of U.S. Patent No. 8,549,443 invalid for indefiniteness, the Court hereby ENTERS FINAL JUDGMENT in this matter: (i) against Zeroclick, LLC, and in favor of Apple Inc., on Zeroclick's claims as to the asserted patent claims; and (ii) in favor of Apple Inc., and against Zeroclick, LLC, on Apple's counterclaim of invalidity as to the asserted patent claims, with Apple's other counterclaims and defenses dismissed without prejudice as moot.

Apple shall be allowed costs as the prevailing party, and any motion seeking attorney's fees shall be filed by October 21, 2016.

1   This judgment disposes of all claims and counterclaims before the Court, and is final and
2   appealable, though the Court retains jurisdiction for purposes of resolving issues under Federal
3   Rule of Civil Procedure 54.

4   **IT IS SO ORDERED.**

6   Dated: October 25, 2016

   _____
   HONORABLE JON S. TIGAR
   United States District Judge