UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZEROCLICK, LLC,

        Plaintiff,

v.

APPLE INC.,

        Defendant.

Case No. 15-cv-04417-JST

**AMENDED SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to add parties or amend the pleadings[1] | September 20, 2019 |
| Fact discovery cut-off | November 1, 2019 |
| Motion to compel deadline | November 8, 2019 |
| Expert disclosures | December 6, 2019 |
| Expert rebuttal | January 17, 2020 |
| Expert discovery cut-off | February 7, 2020 |
| Deadline to file dispositive motions or motions to strike expert testimony (including Daubert motions) | February 21, 2020 |

---

[1] After this deadline, a party may still seek amendment, but must demonstrate good cause. Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Pretrial disclosures (including witness lists, deposition designations and discovery response designations, and exhibit lists) served | April 10, 2020 |
| Objections to pretrial disclosures served | May 8, 2020 |
| Motions in limine due | May 15, 2020 |
| Joint pretrial order, joint proposed jury instructions, joint proposed verdict form, and responses to motions in limine due | June 12, 2020 |
| Pretrial conference | June 26, 2020 at 1:30 p.m. |
| Trial | July 20, 2020 at 8:00 a.m. |
| Estimate of trial length (in days) | 10 |

This case will be tried to a jury.

Counsel may not modify these dates without leave of court.  The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm.  Requests for continuance are disfavored.  The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    a continuance.  The Court will not consider the pendency of settlement discussions as good cause
2    to grant a continuance.
3    **IT IS SO ORDERED.**
4    Dated:  August 13, 2019



JON S. TIGAR
United States District Judge