RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Brian D. Ledahl, State Bar No. 186579
Email: bledahl@raklaw.com
Jacob R. Buczko, State Bar No. 269408
Email: jbuczko@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone:     (310) 826-7474
Facsimile:      (310) 826-6991

Attorneys for Plaintiff
Zeroclick, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ZEROCLICK, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 4:15-cv-04417-JST<br><br>**DECLARATION OF JACOB R. BUCZKO IN SUPPORT OF ZEROCLICK'S MOTION TO STRIKE OPINIONS OF PROFESSOR SCOTT KLEMMER**<br><br>Date:     April 29, 2020<br>Time:    2:00 p.m.<br>Ctrm:    6<br>Judge:   Hon. Jon S. Tigar |

200221 Buczko Declaration.docx

I, Jacob R. Buczko, declare as follows:

1. I am an attorney licensed to practice before the above-captioned Court, and a partner at the law firm Russ August & Kabat, counsel of record for Plaintiff Zeroclick, LLC ("Zeroclick") in this proceeding. I make this declaration in support of Zeroclick's Motion To Strike Opinions of Professor Scott Klemmer. I have knowledge of the facts in this declaration, and could and would competently testify thereto if called upon to do so.

2. Attached as Exhibit A is a true and correct copy of Apple's Amended Invalidity Contentions, dated September 24, 2019.

1. Attached as Exhibit B is a true and correct copy of excerpts from Scott Klemmer's Opening Expert Report of Scott Klemmer Regarding Validity, dated December 20, 2019.

2. Attached as Exhibit C is a true and correct copy of Zeroclick's Interrogatories, Set 1 to Apple, dated June 2016.

3. Attached as Exhibit D is a true and correct copy of an excerpt from Apple's responses to Zeroclick's Interrogatories, Set 1, dated July 5, 2016.

4. Attached as Exhibit E is a true and correct copy of an excerpt from Apple's Supplemental Response to Zeroclick's Interrogatories, Set 1, dated November 1, 2019.

5. Attached as Exhibit F is a true and correct copy of an excerpt from Scott Klemmer's Rebuttal Expert Report Regarding Infringement, dated January 31, 2020.

6. Attached as Exhibit G is a true and correct copy of Apple's Invalidity Claim Chart regarding U.S. Patent No. 8,549,443 in view of U.S. Patent No. 6,466,197.

7. Attached as Exhibit H is a true and correct copy of excerpts from Apple's Invalidity Claim Chart regarding U.S. Patent No. 7,818,691 in view of U.S. Patent No. 6,466,197.

8. Attached as Exhibit I is a true and correct copy of an excerpt from Apple's Invalidity Claim Chart regarding U.S. Patent No. 7,818,691 in view of U.S. Patent No. 5,923,908.

9. Attached as Exhibit J is a true and correct copy of excerpts from Apple's Invalidity Claim Chart regarding U.S. Patent No. 7,818,691 in view of U.S Patent No. 5,745,116.

10. Attached as Exhibit K is a true and correct copy of the Clarification of Response on August 3, 2012 to Office Action Mailed June 14, 2012 regarding Application No. 12/877,994.

11. Attached as Exhibit L is a true and correct copy of the Office Action Summary Mailed on December 4, 2012 regarding Application No. 12/877,994.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 21, 2020, at Los Angeles, California.

*/s/ Jacob R. Buczko*
Jacob R. Buczko